**Order entered January 5, 2021**



In The
## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-20-00970-CV

**KESHA TERRY, Appellant**

**V.**

**ROSEMARY INCENCIO, ET AL., Appellees**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-10849**

## ORDER

The reporter's record is currently due on February 9, 2021. Before the Court is appellant's December 31, 2020 motion requesting reporter's records from the following hearing dates: (1) January 14, 2019; (2) February 25, 2019; (3) March 11, 2019; (4) March 29, 2019; (5) April 29, 2019; (6) May 13, 2019; (7) May 17, 2019; (8) June 2019 (specific day not provided); (9) October 12, 2020; and (10) November 9, 2020. Antionette Reagor, Official Court Reporter for the 68th Judicial District Court, has informed appellant that she has confirmed a record was

taken of only the hearings conducted on June 15, 2020, October 12, 2020, and November 9, 2020.

We **GRANT** appellant's motion as follows. We **ORDER** the trial court to conduct a hearing, on or before **February 4, 2021**, and make findings of fact regarding whether a hearing was conducted and, if so, whether it was recorded, on the following dates: (1) January 14, 2019; (2) February 25, 2019; (3) March 11, 2019; (4) March 29, 2019; (5) April 29, 2019; (6) May 13, 2019; (7) May 17, 2019; and (8) June 2019 (specific day not provided).

We **ORDER** Dallas County District Clerk Felicia Pitre to file a supplemental clerk's record containing the trial court's written findings of fact on or before **February 9, 2021**. We **ORDER** Ms. Reagor to file a reporter's record of the hearing on or before **February 9, 2021.**

We **DIRECT** the Clerk of this Court to send a copy of this order to the Honorable Martin Hoffman, Presiding Judge of the 68th Judicial District Court; Ms. Pitre; Ms. Reagor; and, all parties.

We **ABATE** this appeal to allow the trial court an opportunity to conduct the hearing. The appeal will be reinstated no later than **February 16, 2021**.

/s/     ERIN A. NOWELL
        JUSTICE